# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVASU WATER CO., | ) Case No. ED CV 19-615-SP |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CHEMEHUEVI INDIAN TRIBE, et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Summarily Dismissing Action For Failure to Effect Service,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 16, 2019

*Virginia A. Phillips*

_____

HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE